IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:01CR00171 |
| | ) | CHIEF JUDGE HAYNES |
| GARLAND EL-AMIN | ) | |

## ORDER SUBSTITUTING RESTITUTION RECIPIENT

Judgment was entered as to defendant Garland El-Amin on December 15, 2005 (Docket Entry No. 55), wherein restitution to Jack Burke in the amount of $72,520.00 was ordered to be paid jointly and severally with defendant James Lee Williams, who was sentenced in the Northern District of Texas.

Based upon information provided to the Clerk's Office, it appears that Mr. Burke is deceased and his wife, Susan Burke, has provided the Clerk's Office with his Death Certificate and his Last Will and Testament leaving his property to Susan Burke.

Accordingly, the aforementioned Judgment in this case is hereby amended to reflect that the name of the restitution recipient is Susan Burke. The restitution balance of $72,235.00 shall be paid to Susan Burke.

The Court's authority to substitute the victim's name in the judgment is drawn from the All Writs Act (28 U.S.C. §1651 (a)), which expressly authorizes a federal court to issue such orders "as may be necessary or appropriate to effectuate and prevent the frustration of orders it has previously issued in its exercise of jurisdiction otherwise obtained."

IT IS SO ORDERED.

WILLIAM J. HAYNES, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

5-21-14